# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:12cv306

JULIA A. QUEEN,                          )
                                         )
      Plaintiff,                   )
                                         )
v.                                       )          <u>ORDER</u>
                                         )
HAYWOOD REGIONAL MEDICAL                 )
CENTER, et al.,                          )
                                         )
      Defendants.                  )
_____ )

Defendants filed a Motion to Dismiss [# 6] the Complaint.  Subsequently,

Plaintiff filed an Amended Complaint.   The filing of an amended complaint

supercedes the original complaint and renders it void of any legal function in the

case.  <u>Young v. City of Mount Ranier</u>, 238 F.3d 567, 572 (4th Cir. 2001).

Accordingly, the Court **DENIES as moot** Defendants' Motion to Dismiss [# 6].

Signed: November 21, 2012

Dennis L. Howell
United States Magistrate Judge