IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv306

| | |
|---|---|
| JULIA A. QUEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HAYWOOD REGIONAL MEDICAL ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Consent Motion to Consolidate Deadlines [# 14]. The parties move to consolidate the deadline for responding to the Amended Complaint. For good cause shown, the Court **GRANTS** the motion [# 14]. Defendants shall file their answers or otherwise respond to the Amended Complaint on January 21, 2013.

Signed: January 10, 2013

Dennis L. Howell
United States Magistrate Judge

-1-