# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12cv306

| | |
|---|---|
| JULIA A. QUEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| HAYWOOD REGIONAL MEDICAL ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Motion to Stay [# 30]. The Court **STRIKES** the motion [# 30] for failure to comply with the requirements of the Local Rules. See LCvR7.1(B), (C).

Signed: October 15, 2013

Dennis L. Howell
United States Magistrate Judge

-1-