# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00306-MR-DLH

| | |
|---|---|
| JULIA A. QUEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| HAYWOOD REGIONAL MEDICAL ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Partial Stay [Doc. 35] and Alternative Motion for Reference to Bankruptcy Court [Doc. 36].

Upon consideration of the Plaintiff's Motions, the Court will direct the Bankruptcy Trustee to submit a status report advising whether he or she has made a determination regarding the prosecution of the claims asserted in this action. All other motions pending in this matter shall be held in abeyance pending the filing of the Trustee's report.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Partial Stay [Doc. 35] is **GRANTED** to the extent that all motions pending in this matter shall be held in abeyance pending the filing of a status report by the

Bankruptcy Trustee as to his or her determination regarding the prosecution of the claims asserted in this action. The Trustee's status report shall be filed within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Plaintiff's Alternative Motion for Reference to Bankruptcy Court [Doc. 36] is **DENIED**.

**IT IS FURTHER ORDERED** that counsel for the Plaintiff shall provide a copy of this Order to the Bankruptcy Trustee.

**IT IS SO ORDERED.**

Signed: December 2, 2013

Martin Reidinger
United States District Judge