THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00306-MR-DLH

| | |
|---|---|
| JULIA A. QUEen, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| HAYWOOD REGIONAL MEDICAL ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Notice of Ratification and Motion to Confirm Ratification filed by the Trustee in Bankruptcy for the Plaintiff [Doc. 58].

Upon consideration of the Trustee's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Motion to Confirm Ratification [Doc. 58] is **GRANTED**. As the Trustee in Bankruptcy has now ratified this action, the Plaintiff's claims shall be allowed to proceed.

The Clerk is directed to add the Trustee to the list of parties to be served with all filed documents in this action.

**IT IS SO ORDERED.**

Signed: March 5, 2014

Martin Reidinger
United States District Judge