UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:12-cv-00306-MOC-DLH

| | |
|---|---|
| JULIA A. QUEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| HAYWOOD REGIONAL MEDICAL CENTER ) | |
| MEDICAL CARE PLAN ) | |
| HAYWOOD REGIONAL MEDICAL CENTER ) | |
| MEDWEST HEALTH SYSTEM, INC. ) | |
| HAYWOOD REGIONAL MEDICAL CENTER, ) | |
| A HOSPITAL AUTHORITY ) | |
| WESTCARE, INC. ) | |
| HAYWOOD REGIONAL MEDICAL CENTER ) | |
| EMPLOYEE BENEFIT PLAN-LIFE ) | |
| INSURANCE, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on defendants' Motion to Dismiss (#25) and Motion for Summary Judgment (#41). Review of those motions reveals that they are fully briefed and ready for hearing. The Clerk of Court will be instructed to calendar those motions for hearing during the next available Asheville hearings day. In advance of the hearing, counsel for the parties shall meet, confer, and certify to the court that all avenues for amicable resolution have been explored and exhausted.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court calendar defendants' Motion to Dismiss (#25) and Motion for Summary Judgment (#41) during the next available Asheville civil motions day.

Signed: June 9, 2014