# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Julia A. Queen, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00306-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Haywood Regional Medical Center | ) | |
| Medical Care Plan | ) | |
| Haywood Regional Medical Center, | ) | |
| Medwest Health System, Inc., | ) | |
| Haywood Regional Medical Center, a | ) | |
| Hospital Authority | ) | |
| Westcare, Inc. | ) | |
| Haywood Regional Medical Center | ) | |
| Employee Benefit Plan-Life | ) | |
| Insurance, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2014 Memorandum of Decision and Order.

August 29, 2014

Signed: August 29, 2014

Frank G. Johns, Clerk
United States District Court